# GROUP EXHIBIT 1

**08 C 514**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | Pay Period: 08/05/2007 - 08/11/2007 | | Pay Date: 08/13/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 65.50 | 7.50 | 491.25 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 691.25 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -59.00 | -795.00 |
| Social Security Employee | -42.86 | -778.66 |
| Medicare Employee | -10.02 | -182.10 |
| IL - Withholding | -17.28 | -287.00 |
| | -129.16 | -2,042.76 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -4,250.65 |
| Loan | | -600.00 |
| Fine2 | | -200.00 |
| | -254.45 | -5,050.65 |

| Net Pay | 307.64 | -7,093.41 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.    24862

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | Pay Period: 08/12/2007 - 08/18/2007 | | Pay Date: 08/20/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 92.25 | 7.50 | 691.88 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 891.88 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -95.00 | -890.00 |
| Social Security Employee | -55.29 | -833.95 |
| Medicare Employee | -12.94 | -195.04 |
| IL - Withholding | -23.29 | -310.29 |
| | -186.52 | -2,229.28 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -4,505.10 |
| Loan | | -600.00 |
| Fine2 | | -200.00 |
| | -254.45 | -5,305.10 |

| Net Pay | 450.91 | -7,534.38 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.    24905

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | Pay Period: 08/19/2007 - 08/25/2007 | | Pay Date: 08/27/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 71.25 | 7.50 | 534.38 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 734.38 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -66.00 | -956.00 |
| Social Security Employee | -45.53 | -879.48 |
| Medicare Employee | -10.65 | -205.69 |
| IL - Withholding | -18.57 | -328.86 |
| | -140.75 | -2,370.03 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -4,759.55 |
| Loan | | -600.00 |
| Fine2 | | -200.00 |
| | -254.45 | -5,559.55 |

| Net Pay | 339.18 | -7,929.58 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.  24976

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 08/26/2007 - 09/01/2007 | | Pay Date: 09/05/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 48.50 | 7.50 | 363.75 | |
| Security | 200.00 | 1.00 | 200.00 | |
| | | | 563.75 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -40.00 | -996.00 |
| Social Security Employee | -34.96 | -914.44 |
| Medicare Employee | -8.17 | -213.86 |
| IL - Withholding | -13.45 | -342.31 |
| | -96.58 | -2,466.61 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -5,014.00 |
| FINE | -200.00 | -200.00 |
| Loan | | -600.00 |
| Fine2 | | -200.00 |
| | -454.45 | -6,014.00 |

| Net Pay | 12.72 | -8,480.61 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.  26031

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 09/09/2007 - 09/15/2007 | | Pay Date: 09/17/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 74.50 | 7.50 | 558.75 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 758.75 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -70.00 | -1,166.00 |
| Social Security Employee | -47.04 | -1,018.17 |
| Medicare Employee | -11.00 | -238.12 |
| IL - Withholding | -19.30 | -385.58 |
| | -147.34 | -2,807.87 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -5,522.90 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -6,522.90 |

| Net Pay | 356.96 | -9,330.77 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.  26089

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 09/16/2007 - 09/22/2007 | | Pay Date: 09/25/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 49.00 | 7.50 | 367.50 | |
| Security | 200.00 | 1.00 | 200.00 | |
| | | | 567.50 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -41.00 | -1,207.00 |
| Social Security Employee | -35.19 | -1,053.36 |
| Medicare Employee | -8.23 | -246.35 |
| IL - Withholding | -13.56 | -399.14 |
| | -97.98 | -2,905.85 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -5,777.35 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -6,777.35 |

| Net Pay | 215.07 | -9,683.20 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

**BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.**     26119

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 09/23/2007 - 09/29/2007 | | Pay Date: 10/01/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 60.50 | 7.50 | 453.75 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 653.75 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -54.00 | -1,261.00 |
| Social Security Employee | -40.53 | -1,093.89 |
| Medicare Employee | -9.48 | -255.83 |
| IL - Withholding | -16.15 | -415.29 |
| | -120.16 | -3,026.01 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -6,031.80 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -7,031.80 |

| Net Pay | 279.14 | -10,057.81 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

**BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.**     26166

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 09/30/2007 - 10/06/2007 | | Pay Date: 10/08/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 61.00 | 7.50 | 457.50 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 657.50 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -54.00 | -1,315.00 |
| Social Security Employee | -40.76 | -1,134.65 |
| Medicare Employee | -9.53 | -265.36 |
| IL - Withholding | -16.26 | -431.55 |
| | -120.55 | -3,146.56 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -6,286.25 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -7,286.25 |

| Net Pay | 282.50 | -10,432.81 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

**BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.**     26213

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 10/07/2007 - 10/13/2007 | | Pay Date: 10/15/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 74.25 | 7.50 | 556.88 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 756.88 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -69.00 | -1,384.00 |
| Social Security Employee | -46.93 | -1,181.58 |
| Medicare Employee | -10.98 | -276.34 |
| IL - Withholding | -19.24 | -450.79 |
| | -146.15 | -3,292.71 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -6,540.70 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -7,540.70 |

| Net Pay | 356.28 | -10,833.41 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

**BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.**  26254

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 10/14/2007 - 10/20/2007 | | Pay Date: 10/23/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 64.00 | 7.50 | 480.00 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 680.00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -58.00 | -1,442.00 |
| Social Security Employee | -42.16 | -1,223.74 |
| Medicare Employee | -9.86 | -286.20 |
| IL - Withholding | -16.94 | -467.73 |
| | -126.96 | -3,419.67 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| Child Support / Leslie | | -6,540.70 |
| | | -7,540.70 |

| Net Pay | 553.04 | -10,960.37 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

**BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.**  26280

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 868 Summit Lane, Bolingbrook, IL 60440 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 10/21/2007 - 10/27/2007 | | Pay Date: 10/30/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 73.75 | 7.50 | 553.13 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 753.13 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -69.00 | -1,511.00 |
| Social Security Employee | -46.69 | -1,270.43 |
| Medicare Employee | -10.92 | -297.12 |
| IL - Withholding | -19.13 | -486.86 |
| | -145.74 | -3,565.41 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| Child Support / Leslie | | -6,540.70 |
| | | -7,540.70 |

| Net Pay | 607.39 | -11,106.11 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

**BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.**  26325

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Leslie T Weekly, 5601 S. Michigan Ave. 2nd FL, Chicago, IL 60637 | | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | | Pay Period: 10/28/2007 - 11/03/2007 | | Pay Date: 11/05/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 85.50 | 7.50 | 641.25 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 841.25 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -82.00 | -1,593.00 |
| Social Security Employee | -52.16 | -1,322.59 |
| Medicare Employee | -12.20 | -309.32 |
| IL - Withholding | -21.78 | -508.64 |
| | -168.14 | -3,733.55 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -6,795.15 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -7,795.15 |

| Net Pay | 418.66 | -11,528.70 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Leslie T Weekly, 5601 S. Michigan Ave. 2nd FL, Chicago, IL 60637 | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | Pay Period: 11/11/2007 - 11/17/2007 | | Pay Date: 11/20/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 105.00 | 7.50 | 787.50 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 987.50 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -119.00 | -1,765.00 |
| Social Security Employee | -61.23 | -1,424.12 |
| Medicare Employee | -14.32 | -333.06 |
| IL - Withholding | -26.16 | -550.84 |
| | -220.71 | -4,073.02 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -7,304.05 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -8,304.05 |

| Net Pay | 512.34 | -12,377.07 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

**BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.**   26472

| Employee | | | | SSN | | |
|---|---|---|---|---|---|---|
| Leslie T Weekly, 5601 S. Michigan Ave. 2nd FL, Chicago, IL 60637 | | | | ***-**-5431 | | |
| | | | | Pay Period: 11/18/2007 - 11/24/2007 | | Pay Date: 11/27/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 108.00 | 7.50 | 810.00 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 1,010.00 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -124.00 | -1,889.00 |
| Social Security Employee | -62.62 | -1,486.74 |
| Medicare Employee | -14.65 | -347.71 |
| IL - Withholding | -26.84 | -577.68 |
| | -228.11 | -4,301.13 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -7,558.50 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -8,558.50 |

| Net Pay | 527.44 | -12,859.63 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

**BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.**   26443

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Leslie T Weekly, 5601 S. Michigan Ave. 2nd FL, Chicago, IL 60637 | | | | ***-**-5431 | Single/Withhold | Fed-3/0/IL-3/0 |
| | | | | Pay Period: 11/25/2007 - 12/01/2007 | | Pay Date: 12/03/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 107.00 | 7.50 | 802.50 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 1,002.50 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -122.00 | -2,007.00 |
| Social Security Employee | -62.15 | -1,547.96 |
| Medicare Employee | -14.53 | -362.02 |
| IL - Withholding | -26.61 | -603.84 |
| | -225.29 | -4,520.82 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -7,812.95 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -8,812.95 |

| Net Pay | 522.76 | -13,333.77 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

26525

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.

**Employee**
Leslie T Weekly, 5601 S. Michigan Ave. 2nd FL, Chicago, IL 60637

**SSN** ***-**-5431
**Pay Period:** 12/09/2007 - 12/15/2007
**Pay Date:** 12/18/2007

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 105.00 | 7.50 | 787.50 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 987.50 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -119.00 | -2,254.00 |
| Social Security Employee | -61.22 | -1,672.73 |
| Medicare Employee | -14.32 | -391.21 |
| IL - Withholding | -26.16 | -657.29 |
| | -220.70 | -4,975.23 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -8,321.85 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -9,321.85 |

Net Pay  512.35  -14,297.08

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

26530

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.

**Employee**
Leslie T Weekly, 5601 S. Michigan Ave. 2nd FL, Chicago, IL 60637

**SSN** ***-**-5431
**Pay Period:** 12/16/2007 - 12/22/2007
**Pay Date:** 12/26/2007

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 45.00 | 7.50 | 337.50 | 27,317.11 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -9.00 | -2,263.00 |
| Social Security Employee | -20.93 | -1,693.66 |
| Medicare Employee | -4.90 | -396.11 |
| IL - Withholding | -6.66 | -663.95 |
| | -41.49 | -5,016.72 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -8,576.30 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -9,576.30 |

Net Pay  41.56  12,724.09

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302