# EXHIBIT 2

**08 C 514**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

# JAC A. COTIGUALA & ASSOCIATES
431 SOUTH DEARBORN STREET
SUITE 606
CHICAGO, ILLINOIS 60605
(312) 939-2100 . FAX (312) 939-2200

January 2, 2008

Bass Productions, Ltd.
c/o Winkler & McDavid, Ltd.
308 W. Madison Street
Oak Park, IL 60302
Attn.: Mr. D. McDavid

                    Re:    Leslie T. Weekly

Dear Mr. McDavid:

      I have the honor of representing Mr. Leslie T. Weekly. He informs me that he worked for Robert S. Kelly d/b/a Bass Productions, Ltd. from December 23, 2004 through December 19, 2007.

      He brought me some of his weekly pay stubs for 2007. Enclosed are his last two pay stubs. While all of the stubs report work hours in excess of 40, he is only paid $7.50 per hour for all hours listed.

      Under both federal and state law, he is entitled to time and one half for all hours worked in excess of 40 in a week. In order for me to make a settlement demand, please provide me his weekly work records and paychecks for the entire period of his employment.

      Please provide me these records by **January 16, 2008**. If you do not provide me the requested records by that date, I have been authorized by my client to exercise his legal rights under the law.

      If you have any questions or comments, please contact me.

                    Very truly yours,

                    Jac A. Cotiguala, Attorney at Law

JAC/mc
Enclosure
cc:    Mr. Leslie T. Weekly

26525

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.

**Employee**
Leslie T Weekly, 5601 S. Michigan Ave. 2nd FL, Chicago, IL 60637

**SSN** ***-**-5431

**Pay Period:** 12/09/2007 - 12/15/2007   **Pay Date:** 12/18/2007

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 105.00 | 7.50 | 787.50 | |
| Security | 1.00 | 200.00 | 200.00 | |
| | | | 987.50 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -119.00 | -2,254.00 |
| Social Security Employee | -61.22 | -1,672.73 |
| Medicare Employee | -14.32 | -391.21 |
| IL - Withholding | -26.16 | -657.29 |
| | -220.70 | -4,975.23 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -8,321.85 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -9,321.85 |

| Net Pay | 512.35 | -14,297.08 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302

---

26550

## BASS PRODUCTIONS, LTD. C/O WINKLER & MCDAVID, LTD.

**Employee**
Leslie T Weekly, 5601 S. Michigan Ave. 2nd FL, Chicago, IL 60637

**SSN** ***-**-5431

**Pay Period:** 12/16/2007 - 12/22/2007   **Pay Date:** 12/26/2007

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Security | 45.00 | 7.50 | 337.50 | 27,317.11 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -9.00 | -2,263.00 |
| Social Security Employee | -20.93 | -1,693.66 |
| Medicare Employee | -4.90 | -396.11 |
| IL - Withholding | -6.66 | -663.95 |
| | -41.49 | -5,016.72 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Child Support / Leslie | -254.45 | -8,576.30 |
| Loan | | -600.00 |
| FINE | | -200.00 |
| Fine2 | | -200.00 |
| | -254.45 | -9,576.30 |

| Net Pay | 41.56 | 12,724.09 |
|---|---|---|

Bass Productions, Ltd., c/o Winkler and McDavid, Ltd., 308 West Madison Street, Oak Park, IL 60302