**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

TG **FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LESLIE T. WEEKLY, Plaintiff, v. BASS PRODUCTIONS, LTD., an Illinois corporation, and ROBERT KELLY, individually, Defendants. | **JUDGE GOTTSCHALL**<br>**MAGISTRATE JUDGE COX**<br>**08 C 514** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Leslie T. Weekly, Plaintiff

| NAME (Type or print) |
|---|
| Jac A. Cotiguala |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jac A. Cotiguala |

| FIRM |
|---|
| Jac A. Cotiguala & Associates |

| STREET ADDRESS |
|---|
| 431 South Dearborn Street, Suite 606 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3123251 | (312) 939-2100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |