## United States District Court for the Northern District of Illinois

Case Number: 08cv514                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
        (Type of Writ)

__2__ Original and __2__ copies on __1-24-08__ as to __bass productions, ltd.__
                                     (Date)
__robert kelly_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05