IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LESLIE T. WEEKLY, | ) | |
| | ) | **JURY DEMANDED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 514 |
| | ) | |
| BASS PRODUCTIONS, LTD., | ) | Judge Gottschall |
| an Illinois corporation, and | ) | |
| ROBERT KELLY, individually, | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Stephen P. Sandler            Robert Kelly
     as registered agent for       308 W. Madison St.
     Bass Productions, Ltd.        Oak Park, IL 60302
     222 N. LaSalle St., Suite 800
     Chicago, Illinois  60601

    PLEASE TAKE NOTICE that on January 25, 2008, the undersigned electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the attached **Notice of Consent,** a copy of which is hereby served upon you.

                    By:    s/ Jac A. Cotiguala
                           One of Plaintiff's Attorneys

Jac A. Cotiguala
JAC A. COTIGUALA & ASSOCIATES
431 South Dearborn Street, Suite 606
Chicago, IL 60605
(312) 939-2100

## CERTIFICATE OF SERVICE

    I, Jac A. Cotiguala, an attorney, hereby certify that a true and correct copy of the within and foregoing notice was served by first class mail, with proper postage fully pre-paid, on January 24, 2008, at or before 5:00 p.m. from the U.S. Postal depository at 431South Dearborn Street, Chicago, Illinois, 60605, upon the above individuals at the above listed addresses.

                    s/Jac A. Cotiguala