## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. 201 or the Portal-to-Portal Act, 29 U.S.C. 251 or both because I either currently am or within the three years preceding the execution of the Consent was an employee of _Robert S Kelly d/b/a Bass Productions, Ltd_

YOUR SIGNATURE _Leslie Weekly_

YOUR NAME: _Leslie Weekly_
(Print)

TODAY'S DATE: _1-20-08_

YOUR ADDRESS: _5601 S michigan AV_  _Chicago IL_ _60637_
　　　　　　　　　　　　　　　　　　　City　　　　Zip Code

TELEPHONE: _(708) 845-2075_