U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: 08 CV 514
Leslie T. Weekly
v.
Bass Productions, LTD., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Bass Productions, LTD and Robert Kelly

| NAME (Type or print) |   |
|---|---|
| David N. Michael |   |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |   |
| s/ David N. Michael |   |
| FIRM |   |
| Gould & Ratner LLP |   |
| STREET ADDRESS |   |
| 222 N. LaSalle Street, Suite 800 |   |
| CITY/STATE/ZIP |   |
| Chicago, IL 60601 |   |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6216553 | 312.236.3003 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |   |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |   |