Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 514 | **DATE** | 3/17/2008 |
| **CASE TITLE** | Leslie T Weekly vs. Bass Productions, Ltd., et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Stipulation and Order of Dismissal.  It is hereby ordered that this matter is dismissed with prejudice.  All parties are to bear its/his own costs and attorneys' fees. All pending dates are terminated as moot.  Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|