UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAR 1 1 2008

| | | |
|---|---|---|
| LESLIE T. WEEKLY, | ) | |
| | ) | **JUDGE JOAN B. GOTTSCHALL** |
| Plaintiff, | ) | CASE NO. 08 C 514 |
| v. | ) | |
| | ) | JUDGE GOTTSCHALL |
| BASS PRODUCTIONS, LTD., an Illinois | ) | |
| Corporation, and ROBERT KELLY, | ) | |
| Individually, | ) | MAGISTRATE JUDGE COX |
| | ) | |
| Defendants. | ) | |

### AGREED STIPULATION AND ORDER OF DISMISSAL

The Parties, by and though their undersigned counsel, stipulate as follows:

(1) The Parties have reached an agreement to resolve this matter. Further, that agreement was conditioned upon the Court reviewing and approving the terms of the agreement to ensure fairness to the Parties.

(2) As all matters in dispute have been resolved, the undersigned Parties stipulate to dismissal of this case with prejudice and, once the Court has approved the terms of the Parties' agreement, entering this Order of Dismissal. All parties are to bear its/his own costs and attorneys' fees.

So Ordered: _____

Judge Gottshall

Dated: 3-17-08

**COUNSEL FOR PLAINTIFF**

_____
Jac Cotiguala
Jac A. Cotiguala & Associates
4315 S. Dearborn Street, Suite 606
Chicago, IL 60605
Phone: (312) 939-2100

DATED: _____

**COUNSEL FOR DEFENDANTS**

*/s/ David N. Michael*
David N. Michael
GOULD & RATNER
222 N. LaSalle St., 8th Floor
Chicago, Illinois 60601
Phone: (312) 236-3003

DATED: March 10, 2008

2

**COUNSEL FOR PLAINTIFF**

*[signature]*

Jac Cotiguala
Jac A. Cotiguala & Associates
4315 S. Dearborn Street, Suite 606
Chicago, IL 60605
Phone: (312) 939-2100

DATED: 3/10/08

**COUNSEL FOR DEFENDANTS**

_____
David N. Michael
GOULD & RATNER
222 N. LaSalle St., 8th Floor
Chicago, Illinois 60601
Phone: (312) 236-3003

DATED: _____